To: Court of Criminal Appeals

50,820-02

Date: 9/13/2015

Re: Matthew Glen Barnes #1988072

Tr. Ct. No: CR14-00049

WR-50,820-02

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP
ABEL ACOSTA, Clerk

HUTCHINS UNIT
1500 E. LANGDON
DALLAS, TX 75241

I SENT MY WRIT OF HABEAS CORPUS 11.07 TO THE COURTS AND I NEVER RECIEVED A REBUTAL FROM THE COURT OF VAN ZANDT COUNTY. I SENT MY WRIT IN MAY OF 2015. JULY 1st 2015 THE COURT OF CRIMINAL APPEALS SENT A POST CARD SAYING THAT THE COURT OF CRIMINAL APPEALS RECIEVED MY WRIT ON JULY 1st 2015. TODAY IS SEPTEMBER 13 2015 WHERE IS MY RESPONSE, OUTCOME, VERDICT? THANKS

MATTHEW BARNES

Matthew Barnes